IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re JOSEPH CUNNINGHAM and RESA CUNNINGHAM,<br><br>Debtors. | Chapter 7<br><br>Case No. 10-BK-41037-SSC<br><br>Adv. No. 11-ap-00629-SSC<br><br>(Not for Publication- Electronic Docketing ONLY) |
| FIRST AMERICAN TITLE INSURANCE COMPANY, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH CUNNINGHAM and RESA CUNNINGHAM,<br><br>Defendants. | ORDER INCORPORATING MEMORANDUM DECISION DATED DECEMBER 5, 2012 |

  Based upon this Court's Memorandum Decision dated December 5, 2012, which is incorporated herein by reference:

1

The Court concludes that the Plaintiff has satisfied its duty under Fed. Rs. Civ. P. 12(b)(6) and 9(b), and the relief requested by the Defendant must be denied. The Court will set a Rule 7016 scheduling conference through a separate order.

IT IS ORDERED that the Defendants' Motion to Dismiss is DENIED.

DATED this 5th day of December, 2012

Honorable Sarah Sharer Curley
United States Bankruptcy Judge